IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE R. KIMBERLY and<br>DIANE KIMBERLY, his wife,<br>KIMBERLY CONTRACTING SERVICES,<br><br>          Plaintiffs,<br><br>v.<br><br>THE BOROUGH OF WEST NEWTON, et al.,<br><br>          Defendants. | Civil Action No. 2:08-cv-00603<br><br><br>JUDGE GARY L. LANCASTER<br><br><br>ELECTRONICALLY FILED |

### STIPULATION FOR DISMISSAL AS TO DEFENDANT DAVID FERGUSON

Plaintiffs and Defendants hereby stipulate and agree that the claims asserted by or on behalf of David Ferguson herein should be dismissed with prejudice.

Respectfully submitted,

_____
John F. Cambest, Esquire
PA I.D. No. 20134
Dodaro Matta & Cambest, P.C.
1001 Ardmore Boulevard
Pittsburgh, PA 15221

_____
Robert J. Grimm, Esquire
PA I.D. No. 55381
Swartz Campbell LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

_____
Thomas P. McGinnis, Esquire
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
One Oxford Centre
301 Grant Street
Suite 1150
Pittsburgh, PA 15219

### ORDER

AND NOW, this 27th day of July, 2009 IT IS SO ORDERED.

BY THE COURT:

_____, J.
GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

705904-1